UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOURDEN GRIFFIN, individually and on behalf of her five minor children, <br><br> Plaintiff <br><br> v. <br><br> CITY OF PRESQUE ISLE, et al., <br><br> Defendants | ) ) ) ) ) ) ) ) 1:25-cv-00420-SDN ) ) ) ) ) ) |

**ORDER ON MOTION TO APPOINT GUARDIAN**

Citing Federal Rule of Civil Procedure 17(c)(2), Plaintiff Jourden Griffin asks the Court to appoint a guardian ad litem to represent the interests of her minor children in this action. (Motion to Appoint Guardian, ECF No. 11.) Rule 17(c)(2) provides:

> A minor or incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action.

Fed. R. Civ. P. 17(c)(2). The Rule does not require nor contemplate the appointment of a guardian ad litem where a minor's parent asserts a claim on behalf of the minor. Because Plaintiff, "as a parent, qualifies as a general guardian who may sue on her [children's] behalf," there is no need for the appointment of a guardian ad litem. *Leonforte v. Regional School Unit 19*, No. 1:25-cv-00441-SDN, 2025 WL 3496551, at *1 (D. Me. Dec. 5, 2025)

The Court, therefore, denies Plaintiff's motion to appoint a guardian ad litem for her minor children.

## **NOTICE**

Any objections to this order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 14th day of January, 2026.